**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8576**

BILLY G. ASEMANI,

            Plaintiff - Appellant,

        v.

STATE OF MARYLAND; GARY D. MAYNARD, Secretary; J. MICHAEL
STOUFFER, Commissioner; KATHLEEN S. GREEN, Warden,

            Defendants – Appellees,

STEPHANIE JUDITH LANE WEBER,

            Party-in-Interest - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:08-cv-02618-RDB)

Submitted:  May 21, 2009          Decided:  May 27, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy G. Asemani, Appellant Pro Se.   Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Asemani v. Maryland, No. 1:08-cv-02618-RDB (D. Md. Dec. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED